**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: STEVEN E. RAU
U.S. MAGISTRATE JUDGE

United States of America,

   Plaintiff,

v.

Tommie Williams,

   Defendant.

| | |
|---|---|
| Case No: | 17-mj-613 SER |
| Date: | August 4, 2017 |
| Courthouse: | St. Paul |
| Courtroom: | 3A |
| Time Commenced: | 11:07 a.m. |
| Time Concluded: | 11:20 a.m. |
| Time in Court: | 13 minutes |

APPEARANCES:

 Plaintiff: Joe Thompson, Assistant U.S. Attorney
 Defendant: Keala Ede, Assistant Federal Public Defender
  ✖ FPD  ✖ To be appointed

✖ Advised of Rights

on ✖ Supervised Release Violation
✖ Date charges or violation filed: 8/2/2017
✖ Current Offense: traveled outside ED of MO without permission
✖ **Charges from other District:** Eastern District of Missouri
✖ Title and Code of underlying offense from other District: 18:922(g)(1); 21:541(a)(1)
✖ Case no: 11-cr-62 HEA

✖ Deft detained

✖ Detention hearing waived and reserved for the ED of Missouri
✖ Removal hearing waived
✖ Removal Order to be issued
✖ Commitment Order to another district to be issued

Additional Information:

                    s/ Janet Midtbo
                   Signature of Courtroom Deputy